UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re:                                              )
                                                    )
**ZEARS, SEAN M.**                                  )   Bankruptcy Case No. 17-80888 TML
                                                    )   Chapter 7
                                                    )
Debtor(s).                                          )

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 16, 2018, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

ZEARS, SEAN M.
101 EAST 5TH SOUTH STREET
WENONA, IL 61377

DANIEL A SPRINGER
SPRINGER LAW FIRM
5301 EAST STATE ST. SUITE 105
ROCKFORD, IL 61108
*(Via ECF Electronic Transmisison)*

U.S. Department of Education
C/O Nelnet
121 South 13th Street, Suite 201
Lincoln, NE 68508

Frontier Communications
Bankruptcy Dept
19 John St
Middletown, NY 10940

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

PYOD, LLC its successors and assigns as assignee
of FNBM, LLC
Resurgent Capital Services,
PO Box 19008
Greenville, SC 29602

Verizon
by American InfoSource LP as agent
4515 N. Santa Fe Avenue
Oklahoma City, OK 73118

/s/ Debbie M. Harris
JAMES E. STEVENS, Trustee
6833 Stalter Drive
Rockford, IL 61108
(815) 962-6611
jstevens@bslbv.com